**Paul RADION, Plaintiff, Appellant,**

v.

**NEW HAMPSHIRE SUPREME COURT, et al., Defendants, Appellees.**

No. 03–1326.

United States Court of Appeals, First Circuit.

Dec. 30, 2003.

Paul L. Radion on brief, pro se.

Paul C. Semple, McSwiney, Semple, Bowers & Wise, for appellee Audrey Nelson.

Peter W. Heed, Attorney General with whom Nancy J. Smith, Senior Assistant Attorney General were on brief, for appellees The State of New Hampshire.

Before BOUDIN, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

Paul Radion has appealed the district court's judgment dismissing his complaint. We have reviewed the parties' briefs and the record on appeal. We affirm.

Radion's attempt to obtain relief from the denial of his claims in state court by purporting to cast a federal hue on these claims is ineffective. *See Fortune v. Mulherrin,* 533 F.2d 21, 22 (1st Cir.1976) (per curiam) (an allegation that an unconstitutional result has been reached in a state court does not vest a federal court with jurisdiction to review state proceedings collaterally). Radion's claims against appellee Nelson were correctly dismissed on res judicata grounds. Similarly, Radion's claims against the state court defendants were correctly dismissed, inter alia, on grounds of judicial immunity.

*Affirmed. See* 1st Cir. R. 27(c).